# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER GOGUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV CV09-02610 PSG (Ex)<br><br>**[PROPOSED] PROTECTIVE ORDER** |

　　　IT IS SO ORDERED.  The Stipulation For Protective Order is hereby approved and shall govern the disclosure in this action of all "Confidential Information," as that term is described in the foregoing Stipulation.

DATED: September 3, 2009　　　　　　/s/ Charles F. Eick
　　　　　　　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　　　　　　　　　　　　United States Magistrate Judge